# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL JONES, SR.** | **CIVIL ACTION NO. 6:18-CV-00946** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **TRAVELERS INDEMNITY CO., ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Ruling,

**IT IS ORDERED** that this Court **DECLINES TO ADOPT THE REPORT AND RECOMMENDATION** [Doc. No. 148].

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motions to Dismiss [Doc. Nos. 112 and 114] filed by Hackbarth, Travelers, and SCI are **GRANTED**.

MONROE, LOUISIANA this 6th day of January, 2021.

                                                          TERRY A. DOUGHTY
                                                          UNITED STATES DISTRICT JUDGE